UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-10019-Cr-MARTINEZ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RICARDO D. SALAZAR-MARCANO,

       Defendant.

_____/

**OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT**

The Defendant, RICARDO D. SALAZAR-MARCANO, hereby respectfully objects, pursuant to *Federal Rule of Criminal Procedure* 32(b)(6)(B), to the *Pre-Sentence Investigation Report* ("PSI") filed in this Cause by the United States Probation Office, as follows:

1.     **Page 2 - Arrest Date**   Your Defendant objects to the arrest date as currently appears at Page 2, this being "11/30/2021". The *correct* date of Mr. Salazar-Marcano's arrest is **November 2, 2021** when he was first taken into custody by a Department of Homeland Security unit, the United States Coast Guard, Law Enforcement Detachment Team ("LEDT") aboard the USS *Sioux City*, as also evinced in the same PSI at Page 5, Paragraph 9 and Page 9, Paragraph 40. Thus, the correct date of arrest and detention by law enforcement should reflect as being **November 2, 2021**.

2.     **Page 8, Paragraph 35**   The Defendant's *correct* birth date is **May** 23, 1996. Additionally, his mother's *correct* surnames are **Marcano-Rodriguez**.

3.     **Page 8, Paragraph 36**   The Defendant's sister's *correct* name is **Genesis Patricia Salazar-Marcano**. Further, his paternal half-brother's correct name is

Page 2
United States District Court, Southern District of Florida
*United States of America v. Ricardo D. Salazar-Marcano*
Case Number: 21-10019-Cr-MARTINEZ
*Objections to Pre-Sentence Investigation Report*

**Santiago Alejandro Salazar-<u>Marin</u>**.

4.  **<u>Page 9, Paragraph 38</u>** The *correct* name of the mother of two of Mr.

Salazar-Marcano's children is **Yarsemys <u>Flores</u>-Umana.** Additionally, your Defendant's

daughters' ages are six years of age (Tiffany) and five years of age (Alondra).

5.  **<u>Page 9, Paragraph 39</u>**   The *correct* name of the natural mother of Mr.

Salazar-Marcano's third daughter (Brihanna) is **<u>Leomarys</u> Mata**.

6.  **<u>Page 10, Paragraph 49</u>** The Defendant wishes to clarify that is monthly

income was *not* $1,500.00 per month but, rather, that was the *maximum* that he ever

achieved as a fisherman, which event occurred only once. His usual monthly average

income was the equivalent of US$500.00.

7.  The above objections do not affect the USSG calculations. Rather, they

are made for the sake of the accuracy of the Record.

*I HEREBY CERTIFY* that on May 24, 2022 a true and correct copy of the

foregoing was electronically filed with the Clerk of the Court using CM/ECF.

LAW OFFICES OF MARIO S. CANO
Attorneys for the Defendant
Florida Bar Number 279412
2121 Ponce de Leon BL  #950
Coral Gables, FL  33134-5230
Telephone:   305/442-2121
Facsimile:    305/441-2121
MCano@CanoLawMiami.com


By:_____ s/Mario S. Cano_____
           MARIO S. CANO